Case 4:22-cr-00373   Document 1   Filed on 07/28/22 in TXSD   Page 1 of 3

United States Courts Southern
District of Texas
FILED

*July 28, 2022*

Nathan Ochsner, Clerk of Court

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § § | CRIMINAL NO.: **4:22-cr-373** |
| v. | § § § | 18 U.S.C. § 1343<br>Wire Fraud (Count 1) |
| **JALON JAVON GRIGSBY,** | § § § | |
| **Defendant.** | § | |

## INDICTMENT

THE GRAND JURY CHARGES THAT:

### COUNT ONE
(18 U.S.C. § 1343)

1.   On or about April 12, 2021, in the Southern District of Texas and elsewhere, the defendant,

## JALON JAVON GRIGSBY,

did knowingly devise and intend to devise a scheme and artifice to defraud the Small Business Administration, an executive branch agency of the United States Government, by means of materially false and fraudulent pretenses and representations, namely by causing Capital Plus Financial, LLC to disburse monetary funds via SBA Loan # 9669538609 to First Convenience Bank account ending in xx4766, controlled by JALON JAVON GRIGSBY and to be reimbursed by the Small Business Administration, through a series of false and fraudulent statements, namely that he owned and operated the business "Greens by Grigsby" when in fact he did not, and by

submitting false and fraudulent documents to obtain the monies, all of which were transmitted via wire transaction between JALON JAVON GRIGSBY, on-line lending service Blueacorn, and the Small Business Administration located, respectively, in Houston, Texas, Scottsdale, Arizona, and Little Rock, Arkansas, in interstate commerce in furtherance of executing the scheme.

All in violation of Title 18, United States Code, Section 1343.

## NOTICE OF CRIMINAL FORFEITURE
## (18 U.S.C. § 982(a)(7); 18 U.S.C. § 981(a)(1)(C))

Pursuant to Title 18, United States Code, Section 982(a)(7), the United States gives notice that upon Defendant's conviction of any wire fraud offense charged in this Indictment, the United States will seek forfeiture of all property, real or personal, that constitutes or is derived, directly or indirectly, from gross proceeds traceable to the commission of such offenses.

Pursuant to Title 18, United States Code, Section 981(a)(1)(C) and Title 28, United States Code, Section 2461(c), the United States gives notice that upon Defendant's conviction of wire fraud offenses charged in this Indictment, the United States intends to seek forfeiture of all property, real or personal, which constitutes or is derived from proceeds traceable to such offenses.

## MONEY JUDGMENT AND SUBSTITUTE ASSETS

The United States gives notice that it will seek a money judgment against the Defendant. In the event that one or more conditions listed in Title 21, United States Code, Section 853(p) exist,

the United States will seek to forfeit any other property of the Defendant up to the amount of the money judgment.

**A TRUE BILL**

Original signature on file

_____
FOREPERSON OF THE GRAND JURY

JENNIFER B. LOWERY
United States Attorney
Southern District of Texas

By: *Thomas Carter*
     THOMAS H. CARTER
     Assistant United States Attorney
     Southern District of Texas